Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_FILED_

Michael Buckner # 46627-044.  )
USP HAZELTON                    )
P.O. Box. 2000.                 )
Bruceton Mills, WV. 26525.      )
(Full name under which you were convicted,  )
prison number, place of confinement, and   )
full mailing address)                        )
                                             )
Petitioner,                                  )
                                             )
vs.                                          )
                                             )
Warden, S. Lovett, F.B.O.P      ,           )
(Name of Warden or other authorized person  )
where you are incarcerated)                  )
                                             )
Respondent.                                  )
USP Complex Warden At  Hazelton U.S.P )

JAN 0 3 2023

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

3. 23-cv-3
Groh / Trumble / Sims
Civil Action No. ~~3. 22cv 204~~
(to be assigned by Clerk)

**Important notes to read before completing this form:**

★    Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.    This petition concerns (check the appropriate box):

☐    a conviction
☐    a sentence
☐    jail or prison conditions
☐    prison disciplinary proceedings
☐    a parole problem
☑    other, state briefly: to modify recidivism risk level and Apply Jail time credits earned while in custody. F.T.C

**Attachment A**

_____
_____
_____

2.    Are you represented by counsel?    ☐  Yes    ☑ No

If you answered yes, list your counsel's name and address:  _____
_____
_____

3.    List the name and location of the court which imposed your sentence:
~~Uni~~ United States District Court Eastern District of Missouri Eastern Division.
_____

4.    List the case number, if known: ; 4:17 - CR· 00069 - RWS-1

5.    List the nature of the offense for which the sentence was imposed:
Felon in possition possesion of a Firearm (922g).
_____
_____

6.    List the date each sentence was imposed and the terms of the sentence:
1-18-2019 , 84 months.
_____
_____

7.    What was your plea to each count? (Check one)

☑    Guilty
☐    Not Guilty
☐    Nolo Contendere

**Attachment A**

8.    If you were found guilty after a plea of not guilty, how was that finding made?

    ☐     A jury
    ☐     A Judge without a jury
    ☐     A Magistrate Judge without a jury

9.    Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐     Yes       ☑     No

10.   If you did appeal, give the following information for each appeal:

    A.     Name of Court: _____
    B.     Result: _____
    C.     Date of Result: _____
    D.     Grounds raised (List each one): _____
           _____
           _____
           _____
           _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  This is called a post-conviction pleading.

    ☐     Yes       ☑     No

If your answer was yes, complete the following sections:

    A.     First post-conviction proceeding:
           1.    Name of Court: _____

  2. Nature of Proceeding: _____

  3. Grounds Raised: _____

  4. Did you receive an evidentiary hearing ?   ☐ Yes  ☐  No

  5. Result: _____

  6. Date of Result: _____

B. Second post-conviction proceeding:

  1. Name of Court: _____

  2. Nature of Proceeding: _____

  3. Grounds Raised: _____

  4. Did you receive an evidentiary hearing ? ☐  Yes  ☐  No

  5. Result: _____

  6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?

  1. First proceeding: ☐ Yes ☐ No Result: _____

  2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

_____

_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.

B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E.    There is an unlawful detainer lodged against me.

F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.    Ground one:



to modify my recidivism risk level and apply Jail time credits earned while in custody. 210-Days F.T.C. earned time credits towards RRC/HC. While in custody at USP. Hazelton.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).



I've been programming since been in custody and I've earned 210-Days earned time credit towards RRC/HC. And it has yet to be applied. And my recidivism risk was'nt been lowered. The B.O.P. Has not did there job to send me home early. When I should be able to use. And apply my earned time credits.

B.    Ground two:

**Attachment A**

210-DAYS towards RRC/H.C.

Supporting facts:

F.T.C ESA / F.T.C Calulation.

C.    Ground three:

Supporting facts:

D.    Ground four:

**Attachment A**

Supporting facts:

_____

_____

_____

_____

_____

13.  Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

Yes it was, At U.S. District Court Eastern District of Missouri St. Lovis, These Courts ordered me to do this 2241 in the District in which Im in custody in. Northern District of West Virgina to handle the matter, Also to do A Administrative Remedy, witch I did, This Date was : November-15-2022.

14.  If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A.  Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☒ Yes    ☐ No

1.  If your answer to "A" above was yes, what was the result:

It was said that I was A high Recidivism Risk level And I had unresolved Pending Cases, witch I do not have Any more,

_____

_____

**Attachment A**

2.   If your answer to "A" above was no, explain:

_____

_____

_____

B.   If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒   Yes          ☐   No

1.   If your answer to "B" above was yes, what was the result:

My Appeal with the Bureau of Prisons was denied NOV-28-22, Do to me being A High Risk inmate and Have Unresolved pending charges in Missouri. There Im unable to Apply Any earned F.T.C

2.   If your answer to "B" above was no, explain:

_____

_____

_____

15.   Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1.   Make **no** legal arguments.
2.   Cite **no** cases or statutes.

I would Like foe my ricidivism Lowered And my 210·Days I'VE Earned time Credit while in Custody Applyed to my halfway house And home Confiment?

_____

_____

_____

_____

Attachment A

16.   If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

The Motion is And was denied As A prisoner challenging the Execution of my time credits must Bring my claim under (28 U.S.C. § 2241) in the District where Im incarcerated. November-15-2022.


Signed this ___16th___ day of ___December___, ___2022___.
            (day)                    (month)              (year)


___Michael Buckner___
Your Signature

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: ___12/16/22___    ___Michael Buckner___
                                      Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Michael Clark Bickner
#26627-044

*Your full name*

v.                                          Civil Action No.: ~~[illegible]~~

U.S. F.B.O.P

_____

_____

_____

*Enter above the full name of respondent in this action*

### Certificate of Service

I, _Michael Bickner_ (your name here), appearing *pro se*, hereby certify that I have served the foregoing _28 USC. 2241_ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on _12-16-22._ (insert date here):

(List name and address of counsel for respondent)

_Michael Bickner_
(sign your name)