IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**MICHAEL BUCKNER,**

      **Petitioner,**

v.                                         **CIVIL ACTION NO.: 3:23-CV-3 (GROH)**

**S. LOVETT,**

      **Respondent.**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 3, 2023, the *pro se* Petitioner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On March 14, 2023, the Respondent filed a motion to dismiss, or in the alternative, for summary judgment. ECF No. 17. On March 27, 2023, the Petitioner filed a motion to be released with GPS monitoring or upon home confinement. ECF No. 20. The motion stated that the Petitioner was scheduled to be released from USP Hazelton to a halfway house on May 31, 2023. Id. at 1. The Petitioner's motion did not respond to the motion to dismiss filed by the Respondent. Id.

On August 10, 2023, the Court issued an Order to Show Cause why the case should not be dismissed based on Petitioner's failure to update his address. ECF No. 22. At that time, a review of the inmate locator service on the Bureau of Prisons website showed that the Petitioner was transferred to the St. Louis RRM. Id. The docket shows that service for the Order to Show Cause was accepted at the facility on August 15, 2023. ECF No. 23.

After the Show Cause Order was entered, the certified U.S. Mail receipt number 9589 0710 5270 0228 6847 68, was returned to the Clerk with the notation "Return to sender / refused / unable to forward." Id.  The postmark on the mail return sticker is August 31, 2023. Id. Accordingly, from at least August 10, 2023, the Petitioner has not been located at Hazelton USP, but he has failed to update his address with the Court.

Pursuant to the Local Rules of Prisoner Litigation Procedure, Rule 6, "Notification of a prisoner's change of address must be accomplished by filing a Notice with the Clerk of Court and serving that Notice upon all other parties within ten (10) days of the change of address. . . . **Failure to notify the Clerk of Court of an address change will result in dismissal of the prisoner's case.**"

Accordingly, it is hereby **ORDERED** that 3:23-CV-3 is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to update Petitioner's address. It is further **ORDERED** that Respondent's motion to dismiss [ECF No. 17] is **GRANTED** and Petitioner's motion [ECF No. 20] is **TERMINATED AS MOOT**.

The Clerk of the Court is **DIRECTED** to remove this case from the Court's active docket. The Clerk is further **DIRECTED** to retain a copy of this Order for Petitioner should he update his address.

If the Petitioner updates his address, then the Clerk is directed to mail that copy to Petitioner by certified mail. The Clerk is further **DIRECTED** to send a copy of this order to all counsel of record as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: September 12, 2023

*[signature]*
GINA M. GROH
UNITED STATES DISTRICT JUDGE